959 A.2d 1212

IN THE MATTER OF KATHLEEN D. WARGO, AN ATTORNEY
AT LAW (ATTORNEY NO. 027761987).

November 24, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–186, concluding on the record certified by the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **KATHLEEN D. WARGO** of **MORRISTOWN,** who was admitted to the bar of this State in 1987, and who has been temporarily suspended from the practice of law since January 19, 2007, should be suspended from the practice of law for a period of one year for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having determined that the suspension should be consecutive to the one-year suspension imposed by Order of the Court effective March 14, 2008;

And good cause appearing;

It is ORDERED that **KATHLEEN D. WARGO** is suspended from the practice of law for a period of one year, effective March 15, 2009, and until the further Order of the Court; and it is further

ORDERED that prior to reinstatement to practice, respondent shall complete twelve hours of courses in professional responsibility as ordered by the Court on March 14, 2008;

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(0), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement

for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.